UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Maggie Ann Purifoy,   Chapter 7

Debtor.   Case No. 22-15013-AJC

_____/

### *EX PARTE* MOTION TO (I) REOPEN AND REINSTATE CASE AND (2) REQUEST WAIVER OF CERTAIN FILING FEES

Debtor, Maggie Ann Purifoy, by and through the undersigned counsel and pursuant to the Federal Rules of Bankruptcy Procedure hereby files this *Ex Parte* Motion to (I) Reopen and Reinstate Case and (2) Request Waiver of Certain Filing Fees and alleges the following in support thereof:

1. The Debtor filed a *pro se* voluntary petition under Chapter 7 on June 29, 2022.

2. On August 3, 2022, the Court entered an Order Dismissing Case (ECF No. 32) due to deficiencies to provide the following documents: Summary of Schedules, Schedules A-J, Unsworn Declaration, Statement of Financial Affairs, Chapter 7 Statement of Your Current Monthly Income, and Debtor's Certificate of Credit Counseling.

3. Debtor, now with the assistance of *pro bono* counsel, seeks to reopen and reinstate case to correct the deficiencies, finish her bankruptcy, and obtain a discharge.

4. Furthermore, the Debtor lacks the funds to pay any fees associated with reopening this bankruptcy case. The Debtor's lack of assets is reflected by her previous application to waive the Chapter 7 filing fee (see ECF No. 5), which was granted by the Court (ECF No. 14).

5. While the Court previously granted a fee waiver for the filing of this Chapter 7 case (see ECF No. 14), the Debtor is filing this Motion out of an abundance of caution.

6. The Debtor further seeks entry of an order permitting the Debtor to proceed in forma pauperis, such that she does not need to pay the fees associated with reopening this bankruptcy case.

7. Undersigned counsel has been recently retained, through the Put Something Back program, to assist Debtor.

8. Debtor hereby requests that the court reopen and reinstate the case and establish a deadline of 14 days within which to correct the deficiencies.

**WHEREFORE**, Debtor respectfully requests that this court issue an order substantially in the form annexed hereto as **Exhibit A** (i) reopening and reinstating this case, (ii) granting the debtor 14 days within which to correct the deficiencies delineated in the Order Dismissing Case, and (iii) granting any further relief the Court deems appropriate.

Dated: September 21, 2022    Respectfully submitted,

BAST AMRON LLP
*Attorneys for Debtor*
One Southeast Third Avenue, Suite 2410
Miami, FL 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: jbast@bastamron.com

By: */s/ Jeffrey P. Bast*
    Jeffrey P. Bast, Esq. (FBN 996343)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system where available, and/or via U.S. Mail, as indicated, on the parties on the service list below on this 21st day of September 2022.

By:*/s/ Jeffrey P. Bast*
Jeffrey P. Bast (FBN 996343)

## SERVICE LIST

### VIA CM/ECF

- **Drew M Dillworth**: ddillworth@stearnsweaver.com, ddillworth@ecf.axosfs.com; dmd@trustesolutions.net;mfernandez@stearnsweaver.com;dmd@trustesolutions.net;fsanchez@stearnsweaver.com;jless@stearnsweaver.com
- **Office of the US Trustee**: USTPRegion21.MM.ECF@usdoj.gov
- **Alejandro Sixto:** sixtostu@gmail.com, Germania_ortiz@yahoo.com

### VIA U.S. MAIL

*See attached mailing matrix*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 22-15013-AJC<br>Southern District of Florida<br>Miami<br>Fri Sep  9 09:47:12 EDT 2022 | Augusta 10 Investments, LLC<br>c/o Alejandro L. Sixto<br>7975 NW 155 Street, #B<br>Miami Lakes, FL 33016-5879 | Brownsville Village III<br>5275 NW 29 Ave<br>Miami FL 33142-8829 |
| Central Credit Union<br>W St<br>Pensacola FL 32514 | Equifax Information Services LLC<br>POB 740241<br>Atlanta GA 30374-0241 | Experian<br>POB 2002<br>Allen TX 75013-2002 |
| John Paul Gallardo, DDS , PA<br>2020 SW 27th Ave<br>Mia I FL 33145-2541 | Kenneth S. Lowenhaupt, Esq.<br>7765 SW 87th Ave St 201<br>Miami FL 33173 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Omnicare<br>POB 100928<br>Dept 3452<br>Birmingham AL 35210 | Transunion<br>POB 1000<br>Chester PA 19016-1000 | Drew M Dillworth<br>2200 Museum Tower<br>150 West Flagler St<br>Miami, FL 33130-1536 |
| Maggie Ann Purifoy<br>POB 472072<br>Miami, FL 33247-2072 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13

Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Maggie Ann Purifoy,   Chapter 7

    Debtor.   Case No. 22-15013-AJC

_____/

**ORDER GRANTING *EX PARTE* MOTION TO (1) REOPEN AND REINSTATE CASE AND (2) REQUEST WAIVER OF CERTAIN FILING FEES**

**THIS CAUSE** having come before the Court upon the Debtor's *Ex Parte Motion to (1) Reopen and Reinstate Case and (2) Request Waiver of Certain Filing Fees* (ECF No. \_\_) (the "Motion"), and the Court, having reviewed the Motion and the Court file, having determined that good cause exists for granting the relief requested in the Motion, and having determined that no hearing is necessary, it is

**ORDERED** as follows:

1.    The Motion is **GRANTED**.

00728742.DOCX 6

2. The instant case is hereby reopened and reinstated.

3. The Debtor shall correct the deficiencies delineated in the Order Dismissing Case within14 days of this order.

4. The waiver of the case reopening fee is subject to being vacated at a later time if developments in the bankruptcy case demonstrate that the waiver was unwarranted.

### 

**Submitted by:**
Jeffrey P. Bast, Esq.
BAST AMRON LLP
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
jbast@bastamron.com

Copy furnished to:
Jeffrey P. Bast, Esq.
Attorney Bast shall serve copies of this Order on all interested parties and file a Certificate of Service.