

**ORDERED in the Southern District of Florida on October 12, 2022.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

IN RE:

MAGGIE ANN PURIFOY,

Debtor.
_____/

CASE NO. 22-15013-AJC

Chapter 7

### ORDER REOPENING AND REINSTATING CHAPTER 7 CASE

**THIS MATTER** came before the Court for a hearing October 11, 2022 upon the Debtor's Motion to Reopen and Reinstate Case and (2) Request for Waiver of Certain Filing Fees [ECF 39]. The Court having reviewed the Motion and the record, having noted that the Debtor has cured all filing deficiencies, and for the reasons stated on the record, it is

**ORDERED** as follows:

A. The Motion is **GRANTED** and the above captioned case is **REOPENED and REINSTATED** effective upon entry of this order. The waiver of the case reopening fee is subject to being vacated at a later time if developments in the bankruptcy case demonstrate that the waiver was unwarranted.

B. Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from such date until the entry of this order. The automatic stay under 11 U.S.C. §362 shall become effective as of the date of entry of this order.

C. The Order Discharging Trustee, if entered, is vacated.

D. If not previously filed, any and all documents required to be filed by the debtor(s) under 11 U.S.C. §521(a)(1), Bankruptcy Rule 1007, and Local Rule 1007-1 shall be filed no later than 14 days after entry of this order.

E. If the debtor(s) fail(s) to timely comply with any requirements of this order, the above captioned case will be dismissed without further notice or hearing.

F. Status of meeting of creditors under 11 U.S.C. §341 and related deadlines [select 1 or 2]:

   **X**  Because this case was dismissed prior to the conclusion of the meeting of creditors under 11 U.S.C. §341, the previously scheduled meeting of creditors was canceled. In accordance with Local Rules 3002-1(B)(2), 4004-2(B)(1) and 4007-1(B)(1), the Clerk will provide notice to all parties of record of the date of the rescheduled meeting of creditors and applicable deadlines for the filing of proof of claim, objections to discharge and objections to the dischargeability of particular debts.

   ____This case was dismissed after the meeting of creditors under 11 U.S.C. §341. Any applicable deadlines in accordance with Local Rules 3002-1(B)(2), 4004-2(A)(2)(a), 4004-2(B)(1) and 4007-1(B)(1) will be reset by separate order.

# # #

Copies to:

All parties of record by Clerk