United States Bankruptcy Court

Southern District of Florida

In re:  
Maggie Ann Purifoy  
    Debtor

Case No. 22-15013-PGH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-1      User: admin      Page 1 of 2  
Date Rcvd: Feb 27, 2023      Form ID: 318      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maggie Ann Purifoy, POB 472072, Miami, FL 33247-2072 |
| cr | + | Augusta 10 Investments, LLC, c/o Alejandro L. Sixto, 7975 NW 155 Street, #B, Miami Lakes, FL 33016-5879 |
| 96727474 | + | Alejandro L. Sixto, Esq., Sixto & Associates P.A., 7975 NW 155th Street, Suite B, Miami Lakes, FL 33016-5879 |
| 96727475 | + | Augusta 10 Investments LLC, 3529 W Fairview Street, Miami, FL 33133-4018 |
| 96727476 | + | Baptist Hospital, 1000 W Moreno St, P.O. Box 17500, Pensacola, FL 32522-7500 |
| 96636879 | + | Brownsville Village III, 5275 NW 29 Ave, Miami FL 33142-8829 |
| 96727503 | + | Brownsville Village III Ltd., 5185 NW 29th Avenue, Miami, FL 33142-3544 |
| 96727505 | + | Caz Creek Holdings 2, Custodian for CCH FL 2 LLC & Secured Par, PO BOX 54274, New Orleans, LA 70154-4274 |
| 96636874 | | Central Credit Union, W St, Pensacola FL 32514 |
| 96727508 | + | Daniel Jones, 5107 NW 24th Avenue, Miami, FL 33142-3623 |
| 96727509 | + | Escambia County, 223 Palafox Place, Pensacola, FL 32502-5844 |
| 96727542 | + | Escambia County, 221 Palafox Place, Ste. 420, Pensacola, FL 32502-5837 |
| 96727510 | + | Escambia County, 190 W. Government Street, Pensacola, FL 32502-5773 |
| 96727543 | + | Escambia County - Animal Control, 3363 West Park Place, Pensacola, FL 32505-5250 |
| 96727544 | + | Escambia County Clerk, P.O. Box 333, Pensacola, FL 32591-0333 |
| 96727511 | + | Escambia County Tax Collector, P.O. Box 1312, Pensacola, FL 32591-1312 |
| 96727545 | + | Jackson Memorial Hospital, 1611 NW 12th Avenue, Miami, FL 33136-1096 |
| 96727546 | + | James Junior Purifoy, 161 Booker Lane, Cantonment, FL 32533-1528 |
| 96727547 | + | John Paul Gallardo D.D.S., P.A., 2020 SW 27th Avenue, Miami, FL 33145-2541 |
| 96636881 | | John Paul Gallardo, DDS , PA, 2020 SW 27th Ave, Mia I FL 33145-2541 |
| 96636878 | | Kenneth S. Lowenhaupt, Esq., 7765 SW 87th Ave St 201, Miami FL 33173 |
| 96727548 | + | Keys Funding LLC/US Bank CF Keys - 6021, PO BOX 645040, Cincinnati, OH 45264-0303 |
| 96636880 | | Omnicare, POB 100928, Dept 3452, Birmingham AL 35210 |
| 96727550 | + | Omnicare, P.O. Box 101928, Dept. 3452, Birmingham, AL 35210-6928 |
| 96727551 | + | Sacred Heart Hospital, 5151 North 9th Ave, Pensacola, FL 32504-8795 |
| 96727552 | | Scott Lunsford Tax Collector, Escambia County Tax Collector, PO Box 1312, Pensacola, FL 32591-1312 |
| 96727553 | + | State of Florida - Escambia County Clerk, 190 W Government Street, Pensacola, FL 32502-5773 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FDMDILLWORTH | Feb 28 2023 03:35:00 | Drew M Dillworth, 2200 Museum Tower, 150 West Flagler St, Miami, FL 33130-1536 |
| smg | | EDI: FLDEPREV.COM | Feb 28 2023 03:35:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Feb 27 2023 22:46:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 96744855 | + | Email/Text: assetmanagement@cazcreek.com | Feb 27 2023 22:45:00 | CCH FL 2 LLC, 14800 Landmark Blvd Suite 400, Dallas, TX 75254-7598 |
| 96727504 | + | Email/Text: cashamerica@nuvox.net | Feb 27 2023 22:46:00 | Cash America, 1600 West 7th Street, Fort Worth, TX 76102-2599 |
| 96727506 | + | Email/Text: bankruptcy@ccufl.org | | |

| District/off: 113C-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2023 | Form ID: 318 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 96727507 | + Email/Text: bankruptcy@ccufl.org | | Feb 27 2023 22:45:00 | Central Credit Union O, 6200 N W St, Pensacola, FL 32505-1903 |
| 96636875 | ^ MEBN | | Feb 27 2023 22:45:00 | Central Credit Union of Florida, P.O. Box 17048, Pensacola, FL 32522-7048 |
| 96636876 | ^ MEBN | | Feb 27 2023 22:44:13 | Equifax Information Services LLC, POB 740241, Atlanta GA 30374-0241 |
| 96727549 | EDI: NFCU.COM | | Feb 27 2023 22:47:30 | Experian, POB 2002, Allen TX 75013-2002 |
| 96636877 | ^ MEBN | | Feb 28 2023 03:35:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| | | | Feb 27 2023 22:47:24 | Transunion, POB 1000, Chester PA 19016-1000 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2023                             Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alejandro Sixto | on behalf of Creditor Augusta 10 Investments  LLC sixtostu@gmail.com, Germania_ortiz@yahoo.com |
| Drew M Dillworth | ddillworth@stearnsweaver.com<br>ddillworth@ecf.axosfs.com;dmd@trustesolutions.net;mfernandez@stearnsweaver.com;dmd@trustesolutions.net;fsanchez@stearnsweaver.com;jless@stearnsweaver.com |
| Jeffrey P. Bast, Esq. | on behalf of Debtor Maggie Ann Purifoy jbast@bastamron.com<br>jdepina@bastamron.com;kjones@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Maggie Ann Purifoy<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7765<br>EIN  46–5453337 |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of Florida | |
| Case number: | 22–15013–PGH | |

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Maggie Ann Purifoy**
**aka Maggie A Purifoy, dba Purifoy Delivery**
**Services**

February 27, 2023

**By the court:**   _/s/ Paul Hyman_

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**